# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

JERRY JOINER, on his own behalf
and on behalf of those similarly situated,

    Plaintiffs,

v.                                 **CASE NO**: 8:09-cv-1943-T-26MAP

GROUPWARE INTERNATIONAL, INC.,

    Defendant.
_____/

## **O R D E R**

Upon due consideration of the parties' submissions, together with the procedural history of this case, it is ordered and adjudged that Defendant's Motion for Temporary Stay of Proceedings (Dkt. 32) is denied inasmuch as it appear there is no longer a need for transfer and consolidation of the related cases and such a stay would prejudice future opt-in Plaintiffs with regard to the statute of limitations. Defendant shall file its response to Plaintiffs' pending motion to conditionally certify a class no later than May 17, 2010. No extension of time to respond will be considered by the Court.

    **DONE AND ORDERED** at Tampa, Florida, on May 13, 2010.

                                s/*Richard A. Lazzara*
                             **RICHARD A. LAZZARA**
                             **UNITED STATES DISTRICT JUDGE**

**COPIES FURNISHED TO**:
Counsel of Record