# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

JERRY JOINER, on his own behalf and
on behalf of those similarly situated,

    Plaintiff,

v.                        **CASE NO**: 8:09-cv-1943-T-26MAP

GROUPWARE INTERNATIONAL, INC.,

    Defendant.
_____/

## **O R D E R**

Upon due consideration, it is ordered and adjudged that Defendant's Motion to Strike Exhibits F and G (Dkt. 42) is denied. The Court will take Defendant's arguments with regard to the admissibility of Exhibits F and G into account when determining the merits of Plaintiff's motion for certification.

**DONE AND ORDERED** at Tampa, Florida, on May 18, 2010.

        s/*Richard A. Lazzara*
    **RICHARD A. LAZZARA**
    **UNITED STATES DISTRICT JUDGE**

**COPIES FURNISHED TO**:
Counsel of Record