UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JERRY JOINER, on his own behalf
and on behalf of those similarly situated,

    Plaintiffs,

v.                                      CASE NO: 8:09-cv-1943-T-26MAP

GROUPWARE INTERNATIONAL, INC.,

    Defendant.
_____/

## **O R D E R**

Upon due consideration, it is ordered and adjudged that Plaintiff's Unopposed Motion to Add Parties (Dkt. 56) is granted. The Court specifically approves the Joint Stipulation Regarding Consolidation of Claims attached to the motion as Exhibit A and directs the parties to abide by the terms of provisions of that stipulation.

**DONE AND ORDERED** at Tampa, Florida, on June 1, 2010.

                                          s/*Richard A. Lazzara*
                                        **RICHARD A. LAZZARA**
                                        **UNITED STATES DISTRICT JUDGE**

**COPIES FURNISHED TO**:
Counsel of Record